# Court of Appeals
## Tenth Appellate District of Texas

### 10-23-00415-CV

Clyde Scott and Amanda Scott,
Appellants

v.

George McGraw and Sherry McGraw,
Appellees

On appeal from the
13th District Court of Navarro County, Texas
Judge James E. Lagomarsino, presiding
Trial Court Cause No. D21-30058-CV

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

On May 27, 2025, the appellants, Clyde Scott and Amanda Scott, and the appellees, George McGraw and Sherry McGraw, filed a joint motion to dismiss this appeal because the parties have reached a settlement. The motion indicates that the parties have agreed to dismiss the appeal with prejudice to refiling.

The joint motion to dismiss the appeal is granted. Accordingly, pursuant to the agreement of the parties, this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a).

 

 

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: June 5, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Appeal dismissed
CV06

